**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Liberty A. Ringor, Esq.
Nevada Bar No. 14417
810 S. Casino Center Blvd., Suite 101
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Liberty@DrummondFirm.com

Shalev Amar, Esq.
Arizona Bar No. 022332 (*Pro Hac Vice*)
Amar Law Group, PLLC
40 W. Baseline Road, Suite 208
Tempe, AZ 85283
(480) 237-2744
(866) 226-1333 (facsimile)
samar@amarlawgrp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN PRENTISS, an individual; | Case No.: 2:19-cv-00701-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE JULY 10, 2019 HEARING** |
| THOR MOTOR COACH, INC., a Foreign Corporation; CAMPING WORLD, INC., a Foreign Corporation, WHEELER RV LAS VEGAS, LLC d/b/a CAMPING WORLD RV SALES, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive, | **(Second Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Shalev Amar, Esq., attorney for Plaintiff Alan Prentiss, and John D. Sear, Esq., counsel for Defendants, that the Motion to Change Venue, Motion to Dismiss by Defendants CWI, Inc., and Motion to Remand currently scheduled for July 10, 2019, be vacated and set to a date and time convenient to this

Page 1

Court, any dates in July or August other than July 1-10, July 22-31, August 1 and August 13-20 and 26.

This Stipulation is entered into for the following reasons:

1. Counsel for the Plaintiff, Mr. Amar, who will be arguing the Motions on Plaintiff's behalf has a hearing scheduled in the United States District Court District of Arizona scheduled for July 10, 2019 at 10:45 am Arizona time. This hearing was scheduled by that court prior to this Court scheduling the hearing on the pending Motions for the same date. Mr. Amar also has previously scheduled travel with pre-paid tickets July 5-9, July 22-31, and August 13-20.

2. Defense counsel Mr. Sear has agreed to continue the hearing, but has conflicts July 1-4 and 31 and August 23 and 26.

3. The additional time requested herein is not sought for purposes of delay, or any improper purpose.

4. This is the parties' second stipulation to continue the hearing in this matter.

5. The parties jointly request the matters be heard on July 11,12, 15-19 or August 5-9, 12, 21-22, or 30 if available for this Honorable Court.

DATED this __12th__ day of June, 2019.

| DRUMMOND LAW FIRM, P.C. | JONES LOVELOCK |
|---|---|
| By: /s/Craig W. Drummond, Esq. | By: /s/Nicole E. Lovelock, Esq. |
| CRAIG W. DRUMMOND, ESQ. | NICOLE E. LOVELOCK, ESQ. |
| Nevada Bar No. 11109 | Nevada Bar No. 11187 |
| LIBERTY A. RINGOR, ESQ. | 400 S. 4th Street, Suite 500 |
| Nevada Bar No. 14417 | Las Vegas, Nevada 89101 |
| 810 S. Casino Center Blvd., Suite 101 | *Attorneys for Defendants* |
| Las Vegas, Nevada 891014 | |
| *Attorneys for Plaintiff* | |
| AMAR LAW GROUP, PLLC | BOWMAN & BROOKE, LLP |
| By: /s/*Shalev Amar* | By: /s/*John D. Sear* |
| Shalev Amar | John D. Sear |
| Amar Law Group, PLLC | Bowman & Brooke, LLP |

| | |
|---|---|
| 40 W. Baseline Road, Suite 208 | 150 South 5th Street, Suite 3000 |
| Tempe, AZ 85283 | Minneapolis, Minnesota 55402 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALAN PRENTISS, an individual; )
                                           ) **Case No.: 2:19-cv-00701-APG-GWF**
     Plaintiff, )
                                           )
    vs. ) **ORDER ON STIPULATION TO**
                                           ) **CONTINUE**
THOR MOTOR COACH, INC., a Foreign ) **JULY 10, 2019 HEARING**
Corporation; CAMPING WORLD, INC., a ) **(Second Request)**
Foreign Corporation, WHEELER RV LAS )
VEGAS, LLC d/b/a CAMPING WORLD RV )
SALES, a Foreign Corporation; DOES I-V; and )
ROE CORPORATIONS VI-X, inclusive, )
                                           )
     Defendants. )

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Plaintiff, Mr. Amar, who will be arguing the Motions on Plaintiff's behalf has a hearing scheduled in the United States District Court District of Arizona scheduled for July 10, 2019 at 10:45 am Arizona time. This hearing was scheduled by that court prior to this Court scheduling the hearing on the pending Motions for the same date. Mr. Amar also has previously scheduled travel with pre-paid tickets July 5-9, July 22-31, and August 13-20.

2. Defense counsel Mr. Sear has agreed to continue the hearing, but has conflicts July 1-4 and 31 and August 23 and 26.

3. The additional time requested herein is not sought for purposes of delay, or any improper purpose.

4. This is the parties' second stipulation to continue the hearing in this matter.

5. The parties jointly request the matters be heard on July 11,12, 15-19 or August 5-9, 12, 21-22, or 30 if available for this Honorable Court.

**ORDER**
**Case No.: 2:19-cv-00701-APG-GWF**

## **ORDER**

IT IS THEREFORE ORDERED, that the Motion to Change Venue, Motion to Dismiss by Defendants Camping World, Inc., and Motion to Remand scheduled for July 10, 2019 be vacated and continued to  August 6, 2019 at the hour of 2:00 p.m. in Courtroom 6C.

DATED this  13th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

DRUMMOND LAW FIRM
810 S. CASINO CENTER BLVD., SUITE 101
LAS VEGAS, NV 89101
WWW.DRUMMONDFIRM.COM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2019, the undersigned served the foregoing STIPULATION & ORDER TO CONTINUE JULY 10, 2019 HEARING on all counsel herein by causing a true copy to be served via the CM/ECF system, which was served via electronic transmission.

Nicole E. Lovelock, Esq.
Justin C. Jones, Esq.
JONES LOVELOCK
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

John D. Sear
Bowman & Brooke, LLP
150 South 5th Street, Suite 3000
Minneapolis, Minnesota 55402
*Attorneys for Defendants*

//s// Shalev Amar
_____
Plaintiff's Counsel